UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James Thomas Boston, ) | C/A No. 5:15-cv-01009-MGL-KDW |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| Nadia Pressley, Director of Williamsburg ) County Jail, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. On October 14, 2015, Defendants filed a Motion for Summary Judgment. ECF No. 42. In an order the court advised Plaintiff of the importance of such motions and of the need for him to file adequate response pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975). ECF No. 43. Plaintiff was specifically advised that if he failed to respond adequately, the Defendants' Motion may be granted, thereby ending this case. On October 23, 2015, Plaintiff filed a Motion for an extension of time to enable him to collect witness statements. ECF No. 46. While the Motion was pending, Plaintiff filed a brief Response to the Motion for Summary Judgment on October 26, 2015. ECF No. 48. On October 27, 2015, the undersigned granted Plaintiff's Motion, allowing him until December 18, 2015, to file a Supplemental Response in Opposition to Defendants' Motion for Summary Judgment. ECF No. 49.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, ECF No. 43, and the court's order granting Plaintiff's motion for an extension, ECF No. 49, Plaintiff has failed to file a Supplemental Response to the Motion. As

such, it appears to the court that he does not wish to file a Supplemental Response and wishes to rest on his initial Response, ECF No. 48. Based on the foregoing, Plaintiff is directed to file any supplemental response to Defendants' Motion for Summary Judgment by **February 19, 2016**. Plaintiff is further advised that if he fails to respond, the court will rule on the pending Motion for Summary Judgment, ECF No. 42, without considering a supplemental response from Plaintiff and relying only on ECF No. 48.

       IT IS SO ORDERED.

January 19, 2016                                                                      Kaymani D. West
Florence, South Carolina                                                  United States Magistrate Judge